**No. 09-10764. Ellis Carlyle Davis, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 851, 131 S. Ct. 107, 178 L. Ed. 2d 66, 2010 U.S. LEXIS 6015,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-10765. Charles Cloyce Dick, Petitioner v. Joe Easterling, Warden.**

562 U.S. 851, 131 S. Ct. 107, 178 L. Ed. 2d 66, 2010 U.S. LEXIS 5839.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-10771. Robert H. Messersmith, Petitioner v. John Kerestes, Superintendent, State Correctional Institution at Mahanoy.**

562 U.S. 851, 131 S. Ct. 107, 178 L. Ed. 2d 66, 2010 U.S. LEXIS 6103.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-10774. Darrell Lee Hall, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 851, 131 S. Ct. 107, 178 L. Ed. 2d 66, 2010 U.S. LEXIS 5858.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-10778. Sherry Studli, Petitioner v. Charles A. Crimone, et al.**

562 U.S. 851, 131 S. Ct. 108, 178 L. Ed. 2d 66, 2010 U.S. LEXIS 6124,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 346 Fed. Appx. 804.

**No. 09-10780. Muamar Asad Sayyed, Petitioner v. Texas.**

562 U.S. 851, 131 S. Ct. 108, 178 L. Ed. 2d 66, 2010 U.S. LEXIS 6240.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Fifth District, denied.

**No. 09-10781. Lorenzo Robinson, Petitioner v. William Sullivan, Warden.**

562 U.S. 852, 131 S. Ct. 108, 178 L. Ed. 2d 66, 2010 U.S. LEXIS 6114.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 588 F.3d 1212.